1  **VEATCH CARLSON, LLP**
   A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
2  700 SOUTH FLOWER STREET, 22nd FLOOR
   LOS ANGELES, CALIFORNIA 90017-4209
3  TELEPHONE (213) 381-2861
   FACSIMILE (213) 383-6370
   (SPACE BELOW FOR FILING STAMP ONLY)

   JAMES C. GALLOWAY, State Bar No. 45198
4  GINA GENATEMPO, State Bar No. 207871

5

   Attorneys for Defendant,
6  INTERNATIONAL COLLEGE OF APPLIED KINESIOLOGY - U.S.A.

7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   JENNIFER TAYLOR,                ) Case No.: 2:15-cv-01595
12                                 )
                Plaintiffs,        )
13                                 ) NOTICE OF REMOVAL UNDER 28
         vs.                       ) U.S.C. §1441(B) (DIVERSITY)
14                                 )
   TIMOTHY D. FRANCIS, D.C.,       )
15 an individual; DR. TIMOTHY      )
   DUANNE FRANCIS, A               )
16 PROFESSIONAL                    )
   CORPORATION, a Nevada           )
17 Professional Corporation;       )
   APPLIED KINESIOLOGY             )
18 EDUCATIONAL SERVICES, a         )
   business entity of unknown      )
19 form; INTERNATIONAL             )
   COLLEGE OF APPLIED              )
20 KINESIOLOGY - U.S.A., a         )
   Michigan Nonprofit Corporation; )
21 NATIONAL UNIVERSITY OF          )
   HEALTH SCIENCES, an Illinois    )
22 Not-for-Profit Corporation;     )
   CARLOTTA WATSON, ND, an         )
23 individual; and DOES 1 to 50,   )
   inclusive,                      )
24                                 )
                Defendants.        )
25 _____  )

26       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

27       PLEASE TAKE NOTICE that defendant International College of

28 Applied Kinesiology - U.S.A. hereby removes to this Court the state court

action described below.

1.   On January 7, 2015, an action was commenced in the Superior Court of the State of California in and for the City and County of Los Angeles, entitled Jennifer Taylor, Plaintiff v. TIMOTHY D. FRANCIS, D.C., an individual; DR. TIMOTHY DUANNE FRANCIS, A PROFESSIONAL CORPORATION, a Nevada Professional Corporation; APPLIED KINESIOLOGY EDUCATIONAL SERVICES, a business entity of unknown form; INTERNATIONAL COLLEGE OF APPLIED KINESIOLOGY - U.S.A., a Michigan Nonprofit Corporation; NATIONAL UNIVERSITY OF HEALTH SCIENCES, an Illinois Not-for-Profit Corporation; CARLOTTA WATSON, ND, an individual; and DOES 1 to 50, inclusive, as Case No. BC 568 695. A copy of the complaint is attached hereto as Exhibit "A".

2.   Venue is proper in this Court because it is the "district and division embracing the place where such action is pending." See 28 U.S.C. § 1441(a).

3.   The first date upon which defendant International College of Applied Kinesiology - U.S.A. received a copy of the said complaint was February 6, 2015, when defendant was served with copy of the said complaint and a summons from said state court. A copy of the summons is attached hereto as Exhibit "B." Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b). Defendant received no initial pleadings, through service or otherwise, prior to that date.

4.   No other defendants have been served. Those named as defendants but not yet served in the state court action need not join the notice of removal. *Northern Ill. Gas Co. v. Airco Industrial Gases* (7th Cir. 1982) 676 F. 2d 270, 272; *Destfino v. Reiswig* (9th Cir. 2011) 630 F. 3d 952, 955 – co-defendants not properly served need not join]; *Gossmeyer v. McDonald* (7th Circ. 1997) 128 F. 3d 481, 489 [no need to notify

NOTICE OF REMOVAL

unserved defendants].

5.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because plaintiff alleges nine separate causes of action, and prays for general and special damages, including also a prayer for exemplary damages, civil penalties and attorneys fees. A defendant can establish the amount in controversy by the allegations of a complaint. See *Conrad Associates v. Hartford Accident & Indemnity Company*, 994 F. Supp. 1196, 1198 (N.D. Cal. 1998). Punitive damages are included in the calculation of the amount in controversy. See *Bell v. Preferred Life Assurance Society*, 320 U.S. 238, 240 (1943). Given the allegations set forth above, the face of the Complaint makes clear that Plaintiff seeks in excess of $75,000, exclusive of interest and costs.

6.   Complete diversity of citizenship exists in that: Plaintiff Jennifer Taylor alleges that she is a citizen of the State of Illinois; defendant INTERNATIONAL COLLEGE OF APPLIED KINESIOLOGY - U.S.A. is a Michigan Nonprofit Corporation, with its principal place of business in Michigan – and therefore, is a citizen of Michigan for purposes of determining diversity. 28 *U.S.C.* § 1332(c)(1); Plaintiff further alleges that Defendant TIMOTHY D. FRANCIS, D.C., an individual, maintains his principal place of business in Las Vegas, NV; Defendant DR. TIMOTHY DUANNE FRANCIS, A PROFESSIONAL CORPORATION, is a Nevada Professional Corporation with a principal place of business in NV; APPLIED KINESIOLOGY EDUCATIONAL SERVICES, a business entity of unknown form, maintains its principal place of business in Las Vegas, NV;

NATIONAL UNIVERSITY OF HEALTH SCIENCES, is an Illinois Not-for-Profit Corporation; and Defendant CARLOTTA WATSON, ND, with her principal place of business in Oregon.

7. Defendant is filing written notice of this removal with the Clerk of the State Court in which the action is currently pending pursuant to 28 *U.S.C.* § 1446(d). Copies of Notice to Adverse Party of Removal To Federal Court, together with this Notice of Removal are being served upon Plaintiff's counsel pursuant to 28 *U.S.C.* § 1446(d).

8. WHEREFORE, Defendant International College of Applied Kinesiology - U.S.A. respectfully removes this action from the Superior Court of the State of California for the County of Los Angeles to this Court, pursuant to 28 *U.S.C.* § 1441.

DATED: March 3, 2015

**VEATCH CARLSON, LLP**

By: /s/
JAMES C. GALLOWAY, JR.
GINA GENATEMPO
Attorneys for Defendant,
**INTERNATIONAL COLLEGE OF APPLIED KINESIOLOGY - U.S.A.**

I:\WP\43288896\PLD-notice of removal.wpd